IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARILOU GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>JULIO ZAPATA, GOOD LINE TRANSPORTATION, LLC AND PRIME INSURANCE CO.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: 5:23-cv-00390-TES |

## ORDER

Having considered the parties' Joint Notice of Pending Settlement and Motion to be Relieved from Pretrial Deadlines, and for good cause,

IT IS HEREBY ORDERED that this case shall be removed from the February 18, 2025 trial calendar, and the parties are relieved of the deadlines set by this Court's Order dated December 2, 2024.

IT IS FURTHER ORDERED that the parties act diligently to complete settlement documents, make payment, and dismiss this case without unnecessary delay.

This 2 day of Jan, 2025.

M1296113.1 16594



Case 5:23-cv-00390-TES   Document 15   Filed 01/02/25   Page 2 of 3



THE HONORABLE TILMAN E. SELF, III,
JUDGE UNITED STATES DISTRICT COURT

Drafted by:

McMICKLE, KUREY & BRANCH, LLP

/s/*Michael P. Johnson*
Michael Patrick Johnson, Esq.
Georgia State Bar No.: 395055
*Attorney for Defendant Good Line*
*Transportation LLC and Julio Zapata*

217 Roswell Street, Suite 200
Alpharetta, Georgia  30009
Telephone:  (678) 824-7800
Facsmile:  (678) 824-7801
SWM@mkblawfirm.com
MPJ@mkblawfirm.com

M1296113.1 16594